United States District Court
Southern District of Texas
**ENTERED**
November 19, 2025
Nathan Ochsner, Clerk

## United States District Court
## Southern District of Texas
## Houston Division

| | | |
|---|---|---|
| Denis Daniel Lopez Cruz,<br>　　Petitioner,<br><br>vs.<br><br>Grant Dickey, *et al*,<br>　　Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No<br>4:25-cv-05442<br><br><br><br>Judge Charles Eskridge |

### Order of Dismissal

Pending is a petition for a writ of *habeas corpus* by Petitioner Denis Daniel Lopez Cruz. Dkt 1.

The Government was ordered to show cause as to the propriety of Petitioner's continued detention. Dkt 4. But Petitioner has since filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt 5. It states that Petitioner was removed from the United States on November 13, 2025, rendering the petition moot. Id at 3.

The case is thus dismissed without prejudice. This is a final judgment.

So ordered.

Signed on November 18, 2025, at Houston, Texas.

*[signature: CR Eskridge]*

Hon Charles Eskridge
United States District Judge